# COMPOSITE
# EXHIBIT "C"

TRULINCS 61311050 - SHAPIRO, NEVIN - Unit: OAK-E-B

------------------------------------------------------------------------------------

FROM: Najjar, Ameen
TO: 61311050
SUBJECT: Re: RE: Re: ??
DATE: 05/21/2012 01:30:34 PM

New cell is 317-

You are not the only one who is upset!  This has been going on for months and my belief is that they simply want to get the case done, even if it is half or only one quarter done.  I don't know if it is simply to meet some arbitrary timeline or the upper levels are trying to save Miami.  I suspect it's the latter.

I have begun job searching and that is my absolute priority for me and my family.

TRULINCS 61311050 - SHAPIRO, NEVIN - Unit: OAK-E-B

----------------------------------------------------------------------------------------------------

FROM: Najjar, Ameen
TO: 61311050
SUBJECT: Re: MIAMI AND PENN STATE
DATE: 08/07/2012 10:45:13 AM

Sorry about the absence, I was out-of-town for two weeks and then had issues getting logged into CorrLinks.

The Penn State deal is a travesty. The NCAA did not impose anything, Penn State agreed to and self-imposed the penalties, waived all due process and waived any right to appeal. The NCAA had/has NO authority to impose any penalties in that situation and PSU's president sold the school down the river!

I did see the Pee Wee article, he's a joke, no credibility. Did you see the latest on Rosenhaus on Yahoo!?

TRULINCS  61311050 - SHAPIRO, NEVIN - Unit: OAK-E-B

------------------------------------------------------------------------------------------------------

FROM: Najjar, Ameen
TO: 61311050
SUBJECT: Herald
DATE: 09/19/2012 12:15:13 PM

I have no idea who would have met with the Herald.  From the sounds of it, it was an in person meeting, which seems highly unusual..


TRULINCS  61311050 - SHAPIRO, NEVIN - Unit: OAK-E-B

------------------------------------------------------------------------------------------------------

FROM: Najjar, Ameen
TO: 61311050
SUBJECT: Re: peewee-sean allen
DATE: 09/25/2012 09:30:18 AM

Pee Wee is a complete train wreck.  He has lied so many times and his brain is so fried by booze and drugs he doesn't know what he's saying.  He has no credibility.


TRULINCS  61311050 - SHAPIRO, NEVIN - Unit: OAK-E-B

------------------------------------------------------------------------------------------------------

FROM: Najjar, Ameen
TO: 61311050
SUBJECT: Pressure
DATE: 09/25/2012 02:15:16 PM

Keep the pressure on those SOB's!  Don't let them get away with anything!


TRULINCS  61311050 - SHAPIRO, NEVIN - Unit: OAK-E-B

------------------------------------------------------------------------------------------------------

FROM: Najjar, Ameen
TO: 61311050
SUBJECT: Re: questions
DATE: 09/26/2012 09:00:12 AM

Send them my way and I will respond as best I can.

NEVIN SHAPIRO on 9/25/2012 4:52:01 PM wrote
Ameen-i have some tactical questions to ask via email regarding me proceeding favorably in my favor.I need your input....PLEASE!