UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,   Criminal No. 2:10-cr-471-SDW

    Plaintiff,

v.   ORDER

NEVIN SHAPIRO,

    Defendant.

*Denied**

It is hereby ordered for AUSA Lauren Jorgenson to show cause why she should not be held in contempt of this District Court for the destruction of documents under her supervision regarding the crimes of Nevin Shapiro in 97-CR-6063, including evidence obtained by F.B.I. surveillance of Shapiro up to year 1997 memorialized in an F.B.I. affidavit filed in 97-CV-2729 [SDFL].

AUSA Jorgensen is ordered to give the date, time, location, who gave the order to destroy, the number of pages destroyed, the company which destroyed them and show the receipt from said company of case file 97-CR-6063.

AUSA Jorgenson is ordered to show what notice she gave Barbara Murray of the destruction of the case file of 97-CR-6063, who at the time was a prisoner in custody under probation who still had civil rights for the maintaining of said case file.

AUSA Jorgenson is ordered to show accounting of all finances in 97-CR-6063 in her response including an accounting of the $140 million outlined by attorney Vince Aprile as being unaccounted.

AUSA Jorgenson is ordered to show all restitution owed to the victims of 97-CR-6063 and what, if any was paid by Nevin Shapiro's stepfather Richard Adam.

AUSA Jorgenson has fifteen days from the issuance of this order to comply.

*This Court has no jurisdiction over the issues raised by the application. Any issues raised regarding 97-CR-6063 are not before this court.

[Signature] USDJ
Sept 4, 2013