IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

NEWARK DIVISION



U.S. COURT
DISTRICT OF NEW JERSEY
RECEIVED

2018 JUL -2 P 4: 03

NEVIN SHAPIRO,

DEFENDANT,

v                                    CASE NOS: CRIMINAL #10-471(SDW)

UNITED STATES OF AMERICA,            BANKRUPTCY #09-36408(LMI)

RESPONDENT.


DEFENDANT'S REQUEST FOR STATUS RESTITUTION

BALANCE REMAINING


TO THE HONORABLE JUDGES OF SAID COURT:

Comes now, Nevin Shapiro, the Defendant in pro se representation in the above styled/numbered actions to request of this Honorable Court the Remaining Balance of the Restitution that was ordered, by this Court, for the Defendant to repay and/or satisfy the amount of $82,657,362.29 dollars.

At sentencing the District Court Judge stated on page 47 line 15 the amount of $82,657,362.29 and in the forfeiture order on page 48 lines 17-20 the District Court Judge states that "I would also note that I have received and signed the forfeiture order in this matter as it relates to, I believe it's approximately 38 million dollars. That has been signed by the Court."

In support of the Defendant includes a copy of pages 47 and 48 Sentencing Transcripts.

According to the records of the Trustee assigned in this case there has been approximately $45 million dollars recovered from the Defendant.

(1)

Given the $38,000,000 that was in the forfeiture order and the Approximate $45 million that has been recovered by the Trustee from the Defendant has more than satisfied the original Restitution Order of $82,657,362.29. Pursuant to these figures the Defendant has more than adequately satisfied the amount listed in the Court's Restitution Order.

The reason the Defendant is requesting the current status and balance of his restitution is that when he requested an update of his pending restitution balance from his Bureau Of Prisons Case Manager it showed an outstanding balance for the full amount $82,657,362.29.

The Defendant does not have access to the necessary agencies to instigate corrective measures, therefore, the Defendant is requesting intervention by the Court in seeking a resolution in this matter.

To assist in the resolution of this sensitive matter the Defendant asserts that in the Restitution the Trustee was directed by the Court to forward all payments to the Clerk Of Court, Newark, New Jersey.

## CERTIFICATE OF SERVICE

I the undersigned do hereby certify that I furnished a signed copy of this requested action VIA The U.S.Mail to the following parties:

Tabas/Freedman
One Flagler Building
14 NE First Avenue(PH)
Miami,Florida 33132
Phone #(305)375-7181

Respectfully submitted,

61311-050

Nevin Shapiro #61311-050

Clerk Of Court
United States Courthouse
50 Walnut Street,Room 4015
Newark,New Jersey 07102

Executed on the 27th day of June 2018.

(2)

## RELIEF SOUGHT

The Defendant seeks the issuance of a Judicial Order Demanding that both the Clerk Of Court and the Trustee produce documentation disclosing the disbursement of all funds that have been both paid and forfeited for the purposes of satisfying the restitution.

That the Clerk Of Court once all the documents have been collected to furnish the Defendant with a true Certified Copy for the Defendant's personal records.

The Defendant is considering filing for Commutation Of Sentence and the disclosure of this material is relevant to the Defendant' request for Commutation Of Sentence as it displays to the Court,Pardon Attorney,and President Donald Trump,the Defendant's self efforts to repay his debt to society by showing a satisfaction of the restitution order.

Respectfully submitted,

x _____ 61311-050

Nevin Shapiro #61311-050

## UNSWORN DECLARATION

I hereby swear,attest,and affirm under the penalty of perjury pursuant to Title 28 U.S.C.§1746 that the information contained herein is true,accurate,and correct to the best of my personal knowledge and belief.

Executed on the 27th day of June 2018.

Nevin Shapiro #61311-050

x _____ 61311-050

defendant,pro se

(3)

61311-050⇔
Nevin Shapiro
1001 Willow ST
Maxwell AFB, AL 36112

CLERK
U.S DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2010 JUL -2 P 4: 03

Clerk Of Court
United States Courthouse
50 Walnut Street,Room 4015
Newark,New Jersey 07102