UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

NEVIN K. SHAPIRO,                        )        2019 MAY 20  A 3: 51
            MOVANT/DEFENDANT,            )
                                         )
                                         )
     v.                                  )        Case #: 2:10-CR-00471-SDW
                                         )
                                         )        Hon. Susan D. Wigenton
UNITED STATES OF AMERICA,                )        U.S. District Judge
            RESPONDENT/PLAINTIFF.        )
_____        )

MOTION TO COMPEL
AND
MOTION FOR ACTION ON PRIOR FILINGS

NOW COMES the Movant, Nevin K. Shapiro (hereinafter "Movant" or "Shapiro"), pro se, and respectfully moves this Honorable Court to compel the United States Marshal  and the United States Attorney for the District of New Jersey to respond to my inquiries regarding the restitution balance in the above-captioned matter.  In support thereof, Shapiro states as follows:

1.  As part of the Judgment in a Criminal Case, in the above-captioned matter, this Honorable Court ordered restitution in the amount of $82,657,362.29.

2.  Beginning in 2009, in Bankruptcy Court for the Southern District of Florida, the matter involving Nevin Shapiro and Capital Investments USA, Inc. was litigated.

3.  At the time of sentencing in the above-captioned criminal matter, this Court entered a Forfeiture Order in the amount of approximately $38,000,000.

4. As part of the bankruptcy proceeding, the trustee recovered approximately $45,000,000.

5. To the best of my knowledge and belief, both sums -- the forfeiture and the bankruptcy recovery -- were to be allocated as an offset of my restitution and distributed to the victims.

6. On or about July 2, 2018, I previously directed an inquiry to this Honorable Court (DE #44) requesting a status on my restitution. This inquiry was not answered.

7. On or about January 18, 2019, by certified mail, I sent a request to the Clerk of this Court and to the U.S. Marshall requesting an accounting of any and all payments received and credited to my restitution.

8. On or about February 13, 2019, I sent a follow-up request, again via certified mail, to the Clerk of the Court in Trenton, N.J.

9. To date, I have gotten no response from any of my inquiries. And, this Honorable Court has never addressed my July 2, 2018 filing.

10. The Bureau of Prisons continues to collect funds from my account in accordance with my Inmate Financial Responsibility Program.

* * * * * * * * * * * * * * * *

I respectfully request that this Honorable Court direct the United States Marshal, or such other agency as is responsible, to provide a full and complete accounting of all proceeds

received and credited to my restitution.

Further, I respectfully request that this Honorable Court provide me with a statement, that I may forward to the Clerk of the Bankruptcy Court for the Southern District of Florida, directing that Clerk to provide me with the information I previously requested.

Respectfully,

Nevin K. Shapiro,    61311-050
              pro se
Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL   36112

5/16/19
DATE

## CERTIFICATE OF SERVICE AND DECLARATION
## IN COMPLIANCE WITH 28 U.S.C. § 1746

KNOW ALL MEN BY THESE PRESENTS:

I, Nevin K. Shapiro, Petitioner, do hereby declare under penalty of perjury, that on this 17TH day of May, 2019, by first-class, U.S. mail, postage prepaid, via established legal mail protocols at the Federal Prison Camp, Maxwell Air Force Base, AL, where I am housed, the original and copies of the foregoing Motion to Compel to person(s) listed below:

ORIGINAL TO:

Clerk of the Court
United States District Court
     District of New Jersey
U.S. Courthouse
50 Walnut Street
     Room 4015
Newark, NJ   07102

COPY TO:

Jacob Elberg
United States Attorney
50 Walnut Street
Newark, NJ   07102

WITNESS MY HAND THIS 16 OF MAY, 2019.

61311-050

Nevin K. Shapiro      61311-050                    WITNESS

Nevin K. Shapiro     61311-050
Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL   36112

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2019 MAY 20  A 3: 51



Clerk of the Court
United States District Court
    District of New Jersey
U.S. Courthouse
50 Walnut Street
    Room 4015
Newark, NJ   07102

Case 2:10-cr-00471-SDW    Document 49    Filed 05/20/19    Page 5 of 5 PageID: 460