

## BARKET EPSTEIN KEARON ALDEA & LoTURCO, LLP

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

October 31, 2022

RECEIVED

NOV 03 2022

AT _____ M

Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608

Re:    **USA v. Shapiro**
Case # 2:10-cr-00471

Dear Sir/Madam:

Our office has been retained to obtain Mr. Nevin Shapiro's criminal file in connection with the above referenced matter. Please forward a copy of Mr. Shapiro's entire case file (ALL discovery), including all FBI records, audiovisual records, to our office at your earliest convenience.

Thank you for your prompt attention to this matter.

Should you have any questions, please do not hesitate to contact our office.

Sincerely,

BARKET EPSTEIN KEARON ALDEA
& LOTURCO, LLP

By    _____/s/Martin H. Tankleff, Esq._____
Martin H. Tankleff, Esq.
Barket, Epstein, Kearon, Aldea & LoTurco, LLP
666 Old Country Road, Suite 700
Garden City, NY 11530
(516) 745-1500
mtankleff@barketepstein.com

MHT:rc