## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 10-471 |
| Plaintiff, | : | **ORDER** |
| v. | : | |
| NEVIN SHAPIRO | : | |
| Defendant. | : | |
| _____ | : | |

This matter having come before the court on defendant's request to modify his conditions of release to allow him to travel freely for work [Entry #62];

And this court having received and read Probation's response in opposition to defendant's request, dated April 10, 2025;

**IT IS** this 15th day of April, 2025;

**ORDERED** that defendant's request is **denied** without prejudice.  Defendant may renew his request at a later time.

**SO ORDERED.**

_____
SUSAN D. WIGENTON,
U.S.D.J.